UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:12-cv-22211-JLK

RAANAN KATZ,

       Plaintiff,

vs.

GOOGLE INC., a Delaware corporation,
and IRINA CHEVALDINA, an individual,

       Defendants.

_____/

## ORDER

This cause comes before the Court on the Agreed Motion for Extension of Time for Plaintiff to Respond to Defendant Irina Chevaldina's Motion to Dismiss Counts I and II of the Complaint [the "Motion to Dismiss"] [DE 8]. This Court being fully advised in the premises, it is hereby ORDERED

That Plaintiff shall respond to the Motion to Dismiss on or before July 20, 2012.

DONE and ORDERED in chambers in Miami, Florida this 17th day of July, 2012.

                                          James Lawrence King, U.S. District Judge

Copies to:
Counsel of record