IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 12-cv-22211

RAANAN KATZ,

    Plaintiff,

v.

IRINA CHEVALDINA,

    Defendant.

_____/

## AMENDED COMPLAINT

Plaintiff, Raanan Katz, an individual ("Katz"), by and through undersigned counsel, hereby sues Irina Chevaldina, an individual ("Chevaldina" or "Defendant"), and alleges:

### Nature of Suit

1. This is an action seeking injunctive relief and damages arising from Defendant's unauthorized use of Katz's copyrighted image. The Complaint alleges direct copyright infringement.

### Subject Matter Jurisdiction, Venue and Personal Jurisdiction

2. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

3. Defendant, Chevaldina, is subject to personal jurisdiction of this Court because she resides in Florida. Chevaldina is also subject to personal jurisdiction of this Court under Fla. Stat. §§48.193(1)(a), 48.193(1)(b), and §48.193(2) because she: (i) operates, conducts, engages in, or carries on a business or business venture in Florida or has an office or agency in Florida;

(ii) committed the tortious conduct alleged herein in the State of Florida; and (iii) engages in substantial and not isolated business activity in the State of Florida.

4. Venue is proper in this District under 28 U.S.C. §1391(b) and (c) because: (i) Chevaldina resides or can be found in this District and is subject to personal jurisdiction in this District; and (ii) a substantial part of the events or omissions giving rise to the claims occurred in this District.

## The Parties

5. Plaintiff, Katz, is an individual who resides in Miami-Dade County, Florida.

6. Defendant, Chevaldina, is an individual who resides at 19508 East Country Club Drive, Aventura, Florida 33180.

## Facts

7. Katz is the owner, by assignment, of all right, title and interest, including all rights of copyright, in and to the following image (the "Image"):



8. The Image was photographed and first published in Israel on or about February 22, 2011, and is considered a foreign work, protected in the United States under 17 U.S.C. § 104(b)(2) through International Treaties. Registration of the Image with the copyright office is not a prerequisite to filing a claim for copyright infringement under 17 U.S.C. § 411(a) because the Image is not a United States work.

## Defendants' Conduct

9.    Chevaldina operates the websites http://rkassociatesusa.blogspot.com, http://rkassociates-sunnyisles.blogspot.com and possibly others (the "Infringing Sites"), which display unauthorized copies of the Image.

10.   Chevaldina has refused requests made by Katz to cease displaying copies of the Image on the Infringing Sites.

### Conditions Precedent and Attorneys' Fees

11.   All conditions precedent to the bringing and maintenance of this action have been performed, waived, or have occurred.

12.   Katz has retained the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

### DIRECT COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501

The allegations contained in paragraphs 1-12 above are hereby realleged as if fully set forth herein.

13.   As previously alleged, registration of the Image with the copyright office is not a prerequisite to filing a claim for copyright infringement under 17 U.S.C. § 411(a) because the Image is not a United States work.

14.   Without Katz's authorization or approval, Chevaldina knowingly, intentionally and willfully copied and publicly displayed the Image on the Infringing Sites in violation of Katz's exclusive rights in the Image.

15.   Katz has been and will likely continue to be damaged by Chevaldina's violation of his rights.

16.   Upon information and belief, as a result of her conduct, Chevaldina has realized and continues to realize profits or other benefits rightly belonging to Katz.

WHEREFORE, Katz respectfully requests that the Court enter judgment against Chevaldina:

(A)   Permanently enjoining Chevaldina from copying, displaying or otherwise using the Image, or any other images in which Katz owns the copyright;

(B)   Requiring Chevaldina to destroy any images, including electronic versions thereof, in which Katz owns the copyright that remain in her possession, custody or control;

(C)   Awarding Katz his actual damages and any profits of Chevaldina;

(D)   Granting Katz any other and further relief this Court deems just and proper.

Dated: June 20, 2012                    Respectfully submitted,

                                         KLUGER KAPLAN SILVERMAN KATZEN &
                                         LEVINE, P.L.
                                         *Co-Counsel for Raanan Katz*
                                         201 South Biscayne Blvd., 17th Floor
                                         Miami, Florida  33131
                                         Telephone:  305-379-9000
                                         Facsimile:  305- 379-3428

                                         By: /s Alan J. Kluger
                                             Alan J. Kluger
                                             Florida Bar No. 200379
                                             Email: akluger@ klugerkaplan.com
                                             Todd A. Levine
                                             Florida Bar No. 899119
                                             Email:  tlevine@klugerkaplan.com

                                         And

                                         PERETZ CHESAL & HERRMANN, P.L.
                                         *Co-Counsel for Raanan Katz*
                                         201 South Biscayne Blvd., Suite 1750
                                         Miami, Florida  33131
                                         Telephone:  305-341-3000
                                         Facsimile:  305-371-6807

By: /s Michael B. Chesal
Michael B. Chesal
Florida Bar No. 775398
Email: mchesal@pch-iplaw.com
Josh E. Saltz
Florida Bar No. 70521
Email: jsaltz@pch-iplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on July 20, 2012 on all counsel or parties of record in the manner specified on the Service List below.

/s Michael B. Chesal

## SERVICE LIST

Robert Charles Kain, Jr., Esq.
Kain & Associates, Attorneys at Law, P.A.
900 SE Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Email: rkain@complexip.com
*Counsel for Defendant, Irina Chevaldina*

**[via CM/ECF]**

Darren Joel Spielman, Esq.
Kain & Associates, Attorneys at Law, P.A.
900 SE Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Email: dspielman@complexip.com
*Counsel for Defendant, Irina Chevaldina*

**[via CM/ECF]**

Marc John Randazza, Esq.
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
Tel: 888-667-1113
Fax: 305-437-7662
Email: MJR@randazza.com
*Counsel for Defendant, Irina Chevaldina*

**[via CM/ECF]**