IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 12-cv-22211

RAANAN KATZ,

    Plaintiff,

v.

IRINA CHEVALDINA,

    Defendant.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATION AND AGREED UPON PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**

Plaintiff, Raanan Katz, and Defendant, Irina Chevaldina, hereby move for the entry of the proposed Stipulation and Agreed Upon Protective Order Regarding Confidential Information attached hereto.

| | |
|---|---|
| Dated:  October 22, 2012 | Respectfully submitted, |
| Peretz Chesal & Herrmann, P.L.<br>201 South Biscayne Blvd., Suite 1750<br>Miami, Florida  33131<br>Telephone:  305-341-3000<br>Facsimile:  305-371-6807<br>*Co-Counsel for Raanan Katz* | Kain & Associates, Attorneys at Law, P.A.<br>900 SE Third Avenue, Suite 205<br>Fort Lauderdale, FL 33316<br>Tel: 954-768-9002<br>Fax: 954-768-0158<br>*Counsel for Defendant, Irina Chevaldina* |
| */s/ Michael B. Chesal*<br>Michael B. Chesal, Esq.<br>Florida Bar No. 775398<br>Email: mchesal@pch-iplaw.com<br>Josh E. Saltz., Esq.<br>Florida Bar No. 70521<br>Email: jsaltz@pch-iplaw.com | */s/ Robert C. Kain*<br>Robert Charles Kain, Jr., Esq.<br>Florida Bar No. 266760<br>Email: rkain@complexip.com<br>Darren Joel Spielman, Esq.<br>Florida Bar No. 10868<br>Email: dspielman@complexip.com |

| | |
|---|---|
| Kluger Kaplan Silverman Katzen & Levine, P.L.<br>201 South Biscayne Blvd., 17th Floor<br>Miami, Florida  33131<br>Telephone:  305-379-9000<br>Facsimile:   305- 379-3428<br>*Co-Counsel for Raanan Katz* | Randazza Legal Group<br>6525 W. Warm Springs Rd., Suite 100<br>Las Vegas, NV 89118<br>Tel: 888-667-1113<br>Fax: 305-437-7662<br>*Co-Counsel for Defendant, Irina Chevaldina* |
| */s/ Alan J. Kluger*<br>Alan J. Kluger, Esq.<br>Florida Bar No. 200379<br>Email: akluger@ klugerkaplan.com<br>Todd A. Levine, Esq.<br>Florida Bar No. 899119<br>Email:  tlevine@klugerkaplan.com | */s/ Marc Randazza*<br>Marc John Randazza, Esq.<br>Florida Bar No. 62556<br>Email: MJR@randazza.com |