UNITED STATES DISCTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO.: 1:12-CV-22211-JLK

RAANAN KATZ, an individual,
    Plaintiff,

Vs.

IRINA CHEVALDINA,
    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Marc J. Randazza, of the Randazza Legal Group, hereby moves to withdrawal as counsel for defendant, Irina Chevaldina. There has arisen a conflict between counsel and defendant which creates an adversarial relationship, requiring counsel to withdrawal.

Due to the attorney-client privilege, counsel for defendant cannot reveal the nature of the conflict. Therefore, it would be futile for undersigned counsel to confer with opposing counsel prior to filing this motion as required by the Local Rules.

All future pleadings should be sent to.

    Irina Chevaldina
    1835 E. Hallandale Bch. Blvd. #400
    Hallandale Beach, FL 33009
    Phone: 305-401-9822

\\

\\

\\

WHEREFORE, counsel for defendant respectfully requests that the Court permit them to withdraw as counsel.

Dated: January 22, 2013

    *s/ Marc J. Randazza*
Marc J. Randazza (Fla Bar No. 0625566)
mjr@randazza.com
Randazza Legal Group
2 S. Biscayne Blvd.
Suite No. 2600
Miami, FL 33131
Telephone:   (888) 667-1113
Facsimile:   (305) 437-7662
Attorney for Defendant Chevaldina

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Michael Chesal, Esq.
Peretz, Chesal & Herrmann, P.L.
201 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
T. 305-341-3000
F. 305-371-6807

Irina Chevaldina
1835 E. Hallandale Bch. Blvd. #400
Hallandale Beach, FL 33009
Phone: 305-401-9822

    *s/ Marc J. Randazza*
Marc J. Randazza
Florida Bar No. 0625566

UNITED STATES DISCTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO.: 1:12-CV-22211-JLK

RAANAN KATZ, an individual,
    Plaintiff,

Vs.

IRINA CHEVALDINA,
    Defendant.

_____/

### ORDER ON MOTION TO WITHDRAW

This matter having come before the Court on defendant counsel's motion to withdraw, and the Court having reviewed the file and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED that defendant counsel's Motion to Withdraw is hereby GRANTED. All future pleadings should be sent to:

    Irina Chevaldina
    1835 E. Hallandale Bch. Blvd #400
    Hallandale Beach, FL 3309

DONE AND ORDERED in chambers, at _____, Florida this _____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE