UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:12-cv-22211-JLK

RAANAN KATZ,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,
and IRINA CHEVALDINA, an individual.

      Defendants.

_____/

## NOTICE OF CHARGING LIEN

The firm of Kain and Associates, Attorneys at Law, P.A., (herein the "Firm"), hereby gives notice of a charging lien on moneys which may be recovered by defendant Irina Chevaldina in the captioned case.  A charging lien is a right long recognized by Florida courts.  Conroy v. Conroy, 392 So.2d 934, 935-36 (Fla. 2d DCA 1980).   The Firm has an agreement with Chevaldina with respect to this charging lien.  In the event of a recovery, this charging lien attaches.  Noel v. Sheldon J. Schlesinger, P.A., 984 So.2d 1265, 1266-67 (Fla. 4th DCA 2008); Mitchell v. Coleman, 868 So.2d 639, 641 (Fla. 2d DCA 2004); Correa v. Christensen, 780 So.2d 220, 220-21 (Fla. 5th DCA 2001); Pasin v. Kroo, 412 So.2d 43, 44 (Fla. 3d DCA 1982); Clay County Port, Inc. v. M/V Endeavor, 2009 U.S. Dist. LEXIS 87106 at *16-*17 (M.D. Fla. 2009); Buckley Towers Condo., Ins. v. QBE Ins. Corp., 2012 US. Dist. LEXIS 24159 at * 19-*20 (S.D. Fla. 2012).

Dated: Feb. 1, 2013_____

      Respectfully submitted,

      By: /s/RobertKain_____
          Robert C. Kain, Jr. (266760)
          rkain@complexip.com
          Darren Spielman (010868)

Dspielman@ComplexIP.com
Kain & Associates, Attorneys at Law, P.A.
900 Southeast Third Avenue, Suite 205
Ft. Lauderdale, Florida 33316-1153
Telephone:     (954) 768-9002
Facsimile:     (954) 768-0158

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  I hereby certify that a true and correct copy of the foregoing was sent, via email and U.S. mail on this __1_____ day of _Feb_____, 2013 to:

Michael B. Chesal, Esq.
Kluger, Kaplan, et al.
Miami Center, 17th Floor
201 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
305-341-3000

Irina Chevaldina
1835 E. Hallandale Bch. Blvd. #400
Hallandale Beach, FL 33009
Phone: 305-401-9822

Marc J. Randazza (625566)
Randazza Legal Group
6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Phone: (888) 667-1113
Fax: (305) 437-7662
mjr@randazza.com

/s/RobertKain
Robert C. Kain, Jr.
Florida Bar No. 266760

K:\RCK\CLIENTS\RK-v-John-Doe\Katz-v-Google-Chevaldina (copyright)\plead-charging-lien.wpd