UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:12-cv-22211-KING-McALILEY

RAANAN KATZ,

       Plaintiff,

v.

GOOGLE INC. and
IRINA CHEVALDINA,

       Defendants.
_____/

### AFFIDAVIT OF IRINA CHEVALDINA

STATE OF FLORIDA       )
                                 ) SS:
COUNTY OF MIAMI-DADE  )

      **BEFORE ME**, a notary public duly authorized in the State and County aforesaid to administer oaths and take acknowledgements, this day personally appeared the undersigned, who, by me being first duly sworn stated that:

      1.     I am at least 18 years of age and am competent to execute this Affidavit.

      2.     I found the Photograph of Raanan Katz at issue in the above-styled lawsuit publically on the Internet using Google Image Search. I clicked on the Photograph on Google Image Search and was taken to the English language website, Haaretz.com.

      3.     Except for the depictions of the Photograph which contained text captions on top of the image, the depictions of the Photograph that appeared on my blog contained a link to the original Haaretz.com article which contained the Photograph. In other words, a person who clicked on the image on my blog would be taken to the Haaretz.com website where the

Photograph was originally published.

4. Haaretz.com's website is updated daily with new news articles and newly published content is simultaneously available not only in Israel, but also in other countries with Internet access including the United States, as indicated by the date and time of publication indicated on the Haaretz.com article that contained the Photograph at issue in this lawsuit, to wit "Feb. 22, 2011" at "1:50 AM" local time.

**FURTHER AFFIANT SAYETH NAUGHT.**



Irina Chevaldina

**I HEREBY CERTIFY** that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument and acknowledged before my by Irina Chevaldina, who is personally known to me.

**WITNESS** my hand and official seal in the County and State this 3rd day of September, 2013.

MARC A. BURTON
MY COMMISSION # FF 000848
EXPIRES: March 25, 2017
Bonded Thru Budget Notary Services

Notary Public, State of Florida

2