# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-844-886**

**Effective date of registration:**

November 14, 2012

## Title
**Title of Work:** RK photograph

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** February 22, 2011   **Nation of 1st Publication:** Israel

## Author
■ **Author:** Seffi Magriso

**Author Created:** photograph(s)

**Work made for hire:** No

**Domiciled in:** Israel

## Copyright claimant
**Copyright Claimant:** Raanan Katz

17100 Collins Avenue, Suite 225, Sunny Isles Beach, FL, 33160, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Peretz Chesal & Herrmann, P.L.

**Name:** Michael Chesal

**Address:** 201 S. Biscayne Blvd., Suite 1750

Miami, FL 33131 United States

## Certification
**Name:** Michael B. Chesal

**Date:** November 14, 2012

**Applicant's Tracking Number:** RKA.001USG

**Registration #:** VA0001844886
**Service Request #:** 1-840913791



Peretz Chesal & Herrmann, P.L.
Michael Chesal
201 S. Biscayne Blvd., Suite 1750
Miami, FL 33131  United States

RKFED 1129