IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 12-cv-22211

RAANAN KATZ,

    Plaintiff,

v.

IRINA CHEVALDINA,

    Defendant.
_____/

## REQUEST FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF SERVICE OF FACT INFORMATION SHEET, OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO COMPLETE FACT INFORMATION SHEET

Plaintiff, Raanan Katz, requests a hearing before Magistrate Judge Torres on his Motion to Strike Defendant, Irina Chevaldina's, Notice of Service of Fact Information Sheet, or in the Alternative, for Extension of Time to Complete Fact Information Sheet. [ECF No. 222]. In support of this request, Katz states as follows:

1. On October 1, 2015, Katz filed a motion to strike Chevaldina's "Notice" of serving a Fact Information Sheet on Katz. [ECF No. 222]. Katz requested, in the alternative, for an extension of time to complete the Fact Information Sheet. [*Id.*].

2. On October 2, 2015, Judge King referred the motion to Magistrate Judge Torres. [ECF No. 223].

3. Katz submits that a hearing before Magistrate Judge Torres is beneficial in this case because the discovery in aid of execution Chevaldina requests is part of a larger, more complex background involving the two parties.

4. Stated briefly, Katz has a pre-existing judgment against Chevaldina in a related state court action for a larger amount than the fee and cost judgment Chevaldina has in this case. Chevaldina has refused to pay her judgment, and has failed to tender her fee and cost award in this case in partial satisfaction of Katz's Judgment against her. Moreover, Chevaldina has willfully refused to answer Katz's long pending Fact Information Sheet in state court, despite court orders requiring her to do so.

5. Chevaldina also purported to fraudulently transfer her fee and cost award in this case to her husband. As a result, Katz filed for and obtained proceedings supplementary against Chevaldina in state court. What is more, Chevaldina has taken inconsistent positions regarding the transfer through her counsel, who, despite Chevaldina's transfer, recently informed Katz's counsel in an email that "the Fees and Costs judgment is held by Chevaldina."

6. By receiving a full presentation of these and related issues, Magistrate Judge Torres can more informatively rule on Katz's motion, and any subsequent motions concerning discovery in aid of execution.

7. Katz estimates the parties need no more than 30 minutes for a hearing.

**WHEREFORE**, Plaintiff, Raanan Katz, respectfully requests that Magistrate Judge Torres schedule a hearing of no less than 30 minutes on Plaintiff's Motion to Strike Defendant, Irina Chevaldina's, Notice of Service of Fact Information Sheet, or in the Alternative, for Extension of Time to Complete Fact Information Sheet, [ECF No. 222]; and grant Plaintiff such other and further relief as this Court deems just and proper.

Respectfully submitted,

**KLUGER KAPLAN SILVERMAN KATZEN & LEVINE, P.L.**
*Counsel for Plaintiff*
201 South Biscayne Blvd., 27th Floor
Miami, Florida 33131
Telephone: 305-379-9000
Facsimile: 305-379-3428

By: /s/ Jorge R. Delgado
  Alan J. Kluger
  Florida Bar No. 200379
  Email: akluger@ klugerkaplan.com
  Todd A. Levine
  Florida Bar No. 899119
  Email: tlevine@klugerkaplan.com
  Jorge R. Delgado
  Florida Bar No. 084118
  Email: jdelgado@klugerkaplan.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 5, 2015, on counsel of record in the manner specified on the Service List below.

/s/ Jorge R. Delgado
Jorge R. Delgado

## SERVICE LIST

Benedict P. Kuehne, Esq.
Email: ben.kuehne@kuehnelaw.com
Law Office of Benedict P. Kuehne, P.A.,
100 S.E. 2nd Street, Suite 3550
Miami, FL 33131-2154

*Counsel for Defendant, Irina Chevaldina*

**[via CM/ECF]**